# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**IN RE:** ROSALIA CARTAGENA ORTEGA

**Bkrtcy. No.** 10-06912-SEK

**Chapter 13**

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: Jul 30, 2010 | Meeting Date: Sep 03, 2010 | DC Track No. 5 | |
| Days from petition date: 35 | Meeting Time: 9:00 AM | | |
| 910 Days before Petition: 2/1/2008 | ☐ Chapter 13 Plan Date: Jul 30, 2010 Dkt.# 2 | ☐ Amended. | |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $24,000.00 | | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Oct 12, 2010 | Time: 8:30 AM | |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. ___ Date ___ Amount ___ Total Paid In: $400.00

### I. Appearances: ☐ Telephone ☐ Video Conference
- ☒ Debtor Present
- ☒ ID & Soc. OK
- ☐ Debtor Absent
- ☐ Joint Debtor Present
- ☐ ID & Soc. OK
- ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **MARILYN VALDES ORTEGA*** ✗
- Total Agreed: $3,000.00
- Paid Pre-Petition: $100.00
- Outstanding: $2,900.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.
- Liquidation Value: ∅
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)]
- Gen. Unsecured Pool: $286.80 ①
- 24.46 / The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation. Disp. 4.78 Income line 60 B20C
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 30 DAYS ②
- §341 Meeting Rescheduled for: ___

### V. Trustee's OBJECTIONS to Confirmation: ③ documents pending
- ☐ FEASIBILITY [§1325(a)(6)]
- ☐ INSUFFICIENTLY FUNDED
- ☐ To pay §507
- ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS
- ☒ Failure to comply with Tax returns requirements. [§1308] 2009 P.R.
- ☐ Failure to comply with DSO requirements
- ☐ Plan not filed in Good Faith §1325(a)(3)
- ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

*Schedule J will be amended to remove husband. Debtor is not married.
AEELA savings were claimed in line 47. Said shares are being surrendered when they are removed from the means Test, Debtor ends up having a disposable income of $4.78 (4.78 x 60 = 286.8)

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Sep 03, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

The means test will be amended to that effect.

③ Paystubs will be re submitted.

Debtor will submit an appraisal, opinion of value on comparable of her inherited property. (Caimito)

Trustee / Presiding Officer

Page 2 of 2

Date: September 3, 20\_\_